1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **CENTRAL DISTRICT OF CALIFORNIA**
8
9 DEBRA A. RODRIGUEZ,                    ) Case No. ED CV 10-1153 JCG
                                         )
10          Plaintiff,                   )
                                         )
11      v.                               ) **JUDGMENT**
                                         )
12 MICHAEL J. ASTRUE,                    )
   COMMISSIONER OF SOCIAL               )
13 SECURITY ADMINISTRATION,             )
                                         )
14                                       )
          Defendant.                     )
15                                       )
   _____     )
16
17
18      IT IS ADJUDGED that the decision of the Commissioner of the Social
19 Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to
20 sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent
21 with the Court's Memorandum Opinion and Order filed contemporaneously with the
22 filing of this Judgment.
23
24
25 Dated: July 11, 2011
26
27 _____
                                    Hon. Jay C. Gandhi
28                                  United States Magistrate Judge